LF 027
(Rev. 11/04/2019)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 17 2025

KEVIN P WEIMER, Clerk
By_Matthew 9H_ Deputy Clerk

# PETITION FOR WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2254

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

GEORGE S. JOHNS,
GDC No. 1002673763,
_Telfair State Prison_
_Helen, Georgia 31037_ , **Petitioner,**

**Name, include name under which you were
convicted; prison number; and place of confinement.**

CIVIL ACTION NO.
2:25-CV-0314-RWS-AWH

-vs-

_Warden Andrew McFarlane_
_Georgia Dept of Corrections_ , **Respondent.**

**Name of Warden, Superintendent, Jailor, or
authorized person having custody of petitioner.**

## Petition

1. Name and county of court which entered the judgment of conviction under attack _Superior/Magistrate Fulton County Courthouse_
2. Date of judgment of conviction _December 11, 2023_
3. Length of sentence _Life w/Parole_ Sentencing Judge _P. Whitaker_
4. Name of offense(s) for which you were convicted (list all counts): _Malice Murder, Felony murder, Aggravated assault, and Aggravated assault with a Deadly weapon during commission of felony_
5. What was your plea? (Check one)
   - (a) Guilty ☐
   - (b) Not Guilty ☒
   - (c) Nolo contendere ☐
   
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _2019 entered guilty to Aggravated Assault w Deadly weapon during commission of a felony_
6. Kind of trial? (If you did not plead guilty, Check one)
   - (a) Jury ☐
   - (b) Judge Only ☐
7. Did you testify at the trial?     Yes ☐  No ☒
8. Did you file a motion for a new trial?     Yes ☒  No ☐

1

LF 027
(Rev. 11/04/2019)

(a)   If so, did the trial court hold a hearing on your motion?

Yes ☒ No ☐

(b)   What was the result? _Found Competent_

(c)   Date of result? _12/19/2018_

9.   Did you appeal from the judgment of conviction?   Yes ☒ No ☐

10.  If you did appeal, answer the following:
(a)   Name of appellate court to which you appealed _Court Appeals of Georgia_
(b)   Result of appeal _N/A_
(c)   Date of result _May 21, 2025_
(d)   If your appeal was to the Georgia Court of Appeals, did you file a petition for a writ of certiorari with the Supreme Court of Georgia?

Yes ☐ No ☒

(i) If so, what was the result _N/A_
(ii) Date of result _N/A_
(e)   Did you petition for a writ of certiorari with the United States Supreme Court? _NAY_
Result and date of result _N/A_

11.  Other than a direct appeal from the judgment of conviction and sentence or a motion for a new trial, have you previously filed any petitions, applications, or motions with respect to this conviction in any state or federal court:

Yes ☒ No ☒ _gsj 10/31/25_

12.  If your answer to 11 was "yes," give the following information. (If more than three petitions, please provide the following information on a separate sheet of paper).

(a)   (1)   Name of court and case number _N/A Fulton Magistrate Court No. S-25A0815, 23SCI86170, 183C157821_
(2)   Date that you filed petition or motion _N/A 7/12/2019 - 9/2/2024_
(3)   Nature of proceeding _N/A forward with review of records_
(4)   All grounds raised (attach extra sheet if necessary) _N/A See amd. amendment statement of witness Specific Affidavit Avertment to avoid negative with opportunity to cure, Restore confidential records, Cease and Desist motion_

(5)   Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☒

(6)   Name of judge _N/A Shawn Lagrua_
(7)   Result _N/A filed and made part of my case/records_

2

LF 027
(Rev. 11/04/2019)

(8)   Date of Result ___ N/A  10/11/2019 _____

(9)   Did you appeal this result?

                                        Yes ☐    No ☐

(10)  If you did appeal,
Which court heard your appeal?__ N/A _____
What was the result of the appeal? N/A _____
Date of result __ N/A _____

(11)  If you did not appeal from the denial of relief, explain briefly
why you did not.
5 yr to serve, reduced to time serve upon entry into
Homes of LIGHT Program _____

(b)   As to any second petition, application, or motion, give the same
information:

(1)   Name of court and case number Superior and Magistrate
Fulton County Courthouse, Case No. 235C186170, 183C157821

(2)   Date that you filed petition or motion __ 9/25/2024 _____

(3)   Nature of proceeding Transmitted to Supreme Court of GA

(4)   All grounds raised (attach extra sheet if necessary) No Lead
detective, No motive, No finger prints, No
interrogation video, exhibits x2 with other cases
Attached, Motion for New Trial resolved, Violation
of fourth, fifth, sixth Amendments entered order on
04/05/2023, District Attorney C.I.U relief Cooperation Agreement

(5)   Did you receive an evidentiary hearing on your petition,
application or motion?

                                        Yes ☐    No ☐

(6)   Name of judge Paige Whitaker _____

(7)   Result Indictment saying "Not Guilty" _____

(8)   Date of Result December 13, 2023 _____

(9)   Did you appeal this result?

                                        Yes ☑    No ☐

(10)  If you did appeal,
Which court heard your appeal? N/A _____
What was the result of the appeal? Transmitted GA Supreme
Date of result 3/13/2025 _____

LF 027
(Rev. 11/04/2019)

(11) If you did not appeal from the denial of relief, explain briefly why you did not.
I appeal for relief with District Attorneys office Conviction Integrity Unit with Cooperation Agreement relief on record

(c) As to any third petition, application, or motion, give the same information:

(1) Name of court and case number 23SC186170 Fulton County Magistrate and Superior court

(2) Date that you filed petition or motion 9/24/2024 New

(3) Nature of proceeding New hearing AND New TRIAL

(4) All grounds raised (attach extra sheet if necessary) New trial issue Resolved, Detainer entered 1/26/2024

(5) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☐

(6) Name of judge ALFORD J. DEMPSEY Jr. Senior Judge

(7) Result Issue resolved, New trial denied

(8) Date of Result September 24, 2024

(9) Did you appeal this result?
Yes ☑   No ☐

(10) If you did appeal,
Which court heard your appeal? Supreme Court of Georgia
What was the result of the appeal? Judges cmaw except
Date of result August 12, 2025

(11) If you did not appeal from the denial of relief, explain briefly why you did not.
I put in a timely appeal. Supreme Court remittal and passed Jurisdiction back down to trial Court @ FULTON COUNTY Superior/MAGISTRATE Court

13. Is any petition, application, motion, or appeal relating to your conviction or sentence currently pending before any court or other tribunal? (In other words, have you filed a motion, petition, or appeal where the court has **not** issued a final ruling?)
Yes ☑   No ☐

If you answered yes, provide:
The name of the court Supreme Court of Georgia
The case number 325A0815
Nature of the petition, application, or motion lack of evidence, 4 amendment

4

LF 027
(Rev. 11/04/2019)

14.    State <u>concisely</u> every ground on which you now claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION:    To proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in Habeas Corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u>, relating to this conviction, on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petitions will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a)    Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b)    Conviction obtained by use of coerced confession.

(c)    Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim.

(d)    Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim.

(e)    Conviction obtained by a violation of the privilege against self-incrimination.

(f)    Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)    Conviction obtained by a violation of the protection against double jeopardy.

(h)    Conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)    Denial of effective assistance of counsel.

(j)    Denial of right of appeal.

5

LF 027
(Rev. 11/04/2019)

**A.**  **Ground One:** Conviction obtained by use of evidence gained Pursuant to an unconstitutional search and seizure, with merit to Fourth Amendment claim

**Supporting FACTS (Tell your story briefly without citing cases or law):** mobile phone device seized, Also Knock and talk with Body cam - No lead detective, photo of towel with false fingerprints, No lead detective to inquiry About evidence or interview or Homicide Detective.

**B.**  **Ground Two:** Conviction obtained by use of evidence obtained Pursuant to an unlawful arrest with merits to the 4th Amendment, No Lead Detective to in

**Supporting FACTS (Tell your story briefly without citing cases or law):** alleged fingerprint in bathroom, Knock and Talk presented at door about two females fighting with Bodycam Detainor filed with Fulton county MAGISTRATE AND Superior court on 1/26/2024 revised 3/19/2024

**C.**  **Ground Three:** Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant

**Supporting FACTS (Tell your story briefly without citing cases or law):** on 4/5/2023 order entered for permitting LAPTOP into JAIL to review VIDEO, AUDIO & Photographs Discovery with client - providing client will be deprived of Georgia and U.S. Constitution as equal laws of Protection, with clerk of court and Judges signature, Also sign indictment; No Lead Detective Homicide

**D.**  **Ground Four:** Denial of effective assistance of counsel

**Supporting FACTS (Tell your story briefly without citing cases or law):** Appellate Attorney not displaying Attorney / client privilege at trial Defense council did not give closing argument, Failed to object with certain Very factors of Alleged evidence, NO post help from Attorney

6

LF 027
(Rev. 11/04/2019)

15. If any of the grounds listed in questions 12 A, B, C, and D, were not previously presented in any other court, state or federal, state **briefly** what grounds were not so presented, and give your reasons for not presenting them:

No post Assistance from Appealate Attorney, No contact or correspondence, No Assistance from Ga State Bar Assn.

16. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Samantha Beck, Elizabeth Markowitz

(b) At arraignment and plea  Samantha trippedo

(c) At trial  Mrs. Hoague, Mrs Trippedo

(d) At sentencing  Elizabeth Hongue, Samantha Trippedo

(e) On appeal  Nedra Woods

(f) In any post-conviction proceeding  Nedra woods

(g) On appeal from any adverse ruling in a post-conviction proceeding  Nedra woods

17. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court at the same time?

Yes ☑    No ☐

18. Do you have any future sentence to serve after you complete the sentence imposed by the conviction under attack?

Yes ☐    No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future  N/A

(b) Give date and length or sentence to be served in the future  N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐    No ☑

19. Timeliness of Petition: If over one year has passed since the conclusion of your appeal, not counting any time during which an application for habeas corpus was pending in any state court, you must explain why the one-year statute of limitation set forth in 28 U.S.C. § 2244(d)* does not bar your petition:

LF 027
(Rev. 11/04/2019)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**\*Title 28 U.S.C. § 2244(d) provides:**

(1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of–

(A) the date on which the judgement became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such State action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

8

LF 027
(Rev. 11/04/2019)

I declare under penalty of perjury that the foregoing is true and correct.

Signed on ___Oct /31/2025___
          (Date)

                                    Signature

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

Please note that under O.C.G.A. § 9-14-45 service of a petition of Habeas Corpus shall be made upon the person having custody of the petitioner. If you are being detained under the custody of the Department of Corrections, an additional copy of the petition must be served on the Attorney General. If you are being detained under the custody of some authority other than the Department of Corrections, an additional copy of the petition must be served upon the District Attorney of the county in which the petition is filed. Service upon the Attorney General or the District Attorney may be had by mailing a copy of the petition and a proper certificate of service.

9

Mr. George Sharod Lilly
GDC#1002673763202401.04
170 Long Bridge Road.
Helena, Georgia. 31037
Domestic / Assumpsit

ATLANTA GA RPDC 302

13 NOV 2025 PM 1 L



Office of the Clerk
U.S. District Court Northern District
District of Georgia
2211 U.S. Court House
75 Ted Turner Drive. S.W.
ATLANTA, Georgia. 30303-3361

ATTN: LEGAL MAIL

CLEARED

NOV 17 2025

U.S. Marshals Service
Atlanta, GA 30303

TELFAIR STATE PRISON
P.O. BOX 549, HELENA, GA 31037

The enclosed letter was processed through special mailing procedures for
forwarding to you. The letter has been neither opened nor inspected. If the
writer raises a question or problem over which this facility/center has
jurisdiction, you may wish to return the material for further information, or
clarification. If the writer encloses correspondence for forwarding to another
addressee, please return the enclosure to the above address."